IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK D. WEAVER                                                  PLAINTIFF

v.                  Civil No. 09-5085

CAPTAIN HUNTER PETRAY;
SGT. CARLTON; DEPUTY
McGUIRE; and DEPUTY MARTINEZ                            DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this case pursuant to the provisions of 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis*.

On April 8, 2010, Plaintiff filed a motion to dismiss the case (Doc. 18).  He indicates he no longer desires to pursue the case.  Defendants filed a response (Doc. 19) stating they have no objection to the dismissal.

I therefore recommend that the motion to dismiss (Doc. 18) be granted.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of April 2010.

                                                      /s/ *Erin L. Setser*
                                                        HON. ERIN L. SETSER
                                                        UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)