```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**MARK D. WEAVER**                                              **PLAINTIFF**

      v.          **Civil No. 09-5085**

**CAPTAIN HUNTER PETRAY;**
**SGT. CARLTON; DEPUTY**
**McGUIRE; and DEPUTY MARTINEZ**                                **DEFENDANTS**

### O R D E R

Now on this 11th day of May, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #20), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed**.

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE